IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Waterstreet, | No. CV-14-0753-PHX-DKD |
| Plaintiff, | |
| v. | **ORDER** |
| Schenker Logistics Incorporated, | |
| Defendant. | |

Pursuant to the parties' Stipulation to Dismiss With Prejudice (Doc. 38), and good cause appearing,

**IT IS ORDERED** that this matter is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 30th day of March, 2015.

_____
David K. Duncan
United States Magistrate Judge